

# CITY OF ROCHESTER



TDD / Voice 232-3260
Fax: (585) 428-6950
(Not for Service)

DEPARTMENT OF LAW

City Hall Room 400-A
30 Church Street
Rochester, New York 14614-1295

Matthew D. Brown, Municipal Attorney
Brownm@cityofrochester.gov
Voice: (585) 428-6699

May 22, 2006

VIA FACSIMILE AND ELECTRONIC MAIL

Hon. Michael A. Telesca
District Court Judge
2330 U.S. Courthouse
Rochester, New York 14614
(Fax 613-4065)

    Re:   *Michael Spinks v. City of Rochester, et al.*
           Case No. 6:04-CV-06349

Dear Judge Telesca:

    Plaintiff's counsel has agreed to grant defendants an extension to file reply papers on their motion for summary judgment until May 30, 2006. If this meets with the Court approval, we have included a So Ordered line below.

Respectfully,

S/ Matthew D. Brown
Matthew D. Brown
Municipal Attorney

cc:   Christopher S. Ciaccio, Esq.
      (Via facsimile [325-4696] and electronic mail)

MOTION WILL BE SUBMITTED WITHOUT ARGUMENT
ON JUNE 7, 2006.
SO ORDERED    S/MICHAEL A. TELESCA
Hon. Michael A. Telesca
District Court Judge

DATED: 5/22/06

EEO/ADA Employer
